JOHNSON SERVICE COMPANY, RESPONDENT, v. SEA-
BOARD SURETY COMPANY, APPELLANT.

Submitted February 16, 1934—Decided April 12, 1934.

494

For the appellant, *Frederick F. Richardson.*

For the respondent, *Jehiel G. Shipman* and *Everett M. Scherer.*

PER CURIAM.

The judgment will be affirmed, for the reasons expressed in the decision of Judge Porter, *supra.*

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ. 16.

*For reversal*—None.